| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| United States of America, § § **Government Collection** § Plaintiff, § § vs. § Civil Action _____ § (CDCS: 2025A41796) Eventeurs, LLC, Azeem Farooque and § Irum Farooque, § § Defendants. § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue*. Defendant Eventeurs, LLC's usual place of business is in Fort Bend County, Texas, and may be served with process its registered agent Azeem Farooque at 7145 Reading Rd. #405, Rosenberg, Texas 77471.  Defendant Azeem Farooque resides in Fort Bend County, Texas, and may be served with process at 7145 Reading Rd. #405, Rosenberg, Texas 77471. Defendant Irum Farooque resides in Fort Bend County, Texas, and may be served with process at 727 Epperson Way, Sugar Land, Texas 77479.

3. *The Debt*. The debt owed to the United States arose through the U.S. Small Business Administration Authorization (SBA Express/Export Express Loan), see Exhibit A. The note dated March 28, 2018 is Exhibit B.  The debt on the date of the Certificate of Indebtedness, Exhibit C was:

    A.   Current principal                                                                       $        6,504.48

    B.   Interest (capitalized and accrued)                                              $        2,782.67

|   |   |   |   |
|---|---|---|---|
| C. | Administrative fees, costs, penalties (Including $405.00 Filing fee) | $ | 3,351.04 |
| D. | Balance due | $ | 13,043.19 |

E. Prejudgment interest accrues at 9.00% per annum being $1.61 per day.

F. The current principal in paragraph 3 A is after credits of $4,806.62.

4. *The Guaranty Agreement*. On March 28, 2018, Defendants Azeem Farooque and Irum Farooque both signed a Commercial Guaranty, whereby they "unconditionally guaranteed payments of all amounts owing under the "Note", see Exhibit B1 and B2. The Note was the $10,000.00 Note dated March 28, 2018, see Exhibit B.

5. *Default*. The United States has demanded that the defendants pay the indebtedness, and the defendants have failed to pay it.

6. *Prayer*. The United States prays for judgment for:

   A. The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

   B. Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*
M. H. Cersonsky, TBN: 04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff